UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CRIMINAL NO. 21-mj-134 |
| : | |
| **BRANDON STRAKA,** : | |
|     **Defendant.** : | |

## CONSENT MOTION TO CONTINUE PRELIMINARY HEARING AND FOR EXCLUDABLE DELAY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Consent Motion to Continue the Preliminary Hearing in the above-captioned matter to August 25, 2021. The Government and the defendant agree that there is good cause to extend the complaint in this case from May 25, 2021 to August 25, 2021, and to adjourn the preliminary hearing in this case to August 25, 2021. Defendant concurs in this request and agrees that it is in his best interest. In support thereof, the government states as follows:

1. The government and counsel for the defendant have conferred, and are continuing to communicate in an effort to resolve this matter. The current restrictions on counsel, particularly those impacting defense counsel's ability to communicate with his client, have slowed this process. The parties agree that the complaint will remain in full force and effect through the new date of August 25, 2021. The parties agree that this stipulation and any order resulting therefrom shall not affect any previous order of pretrial detention or pretrial release.

2. The parties, therefore, would respectfully request that the preliminary hearing and the

1

date by which an information or an indictment must be filed be continued until August 25, 2021.  The parties agree that the failure to grant this continuance "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv).  Therefore, "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A), and the parties request an order to that end.  The parties agree that pursuant to 18 U.S.C. § 3161, the time from May 25, 2021 through August 25, 2021 shall be excluded in computing the date for speedy trial in this case.

Wherefore, the parties respectfully request that the Court continue the Preliminary Hearing in this matter until August 25, 2021.

                                Respectfully submitted,

                                CHANNING PHILLIPS
                                ACTING UNITED STATES ATTORNEY

By:   /s/   April N. Russo
        April N. Russo
        Assistant United States Attorney
        PA Bar No. 313475
        U.S. Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-252-1717
        april.russo@usdoj.gov